NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: F. LEO HICKEY,**
*Appellant*

---

2014-1682

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/796,695.

---

**JUDGMENT**

---

THOMAS J. WIMBISCUS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant. Also represented by GEORGE WHEELER, ALEJANDRO MENCHACA.

FRANCES LYNCH, United States Patent and Trademark Office, Office of the Solicitor, Alexandria, VA, argued for appellee. Also represented by JEREMIAH HELM, NATHAN K. KELLEY, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, WALLACH, and GILSTRAP*, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2015                                /s/  Daniel  E.  O'Toole
Date                                              Daniel E. O'Toole
                                                      Clerk of Court

---

\*    The Honorable Rodney Gilstrap, District Judge for the U.S. District Court for the Eastern District of Texas, sitting by designation.